UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BARBARA MIRANDA,
  Plaintiff,                                     CASE NO. 2016 CA 001502(AF)

vs.

DELTA AIR LINES, INC.,
  Defendant.
_____/

### DEFENDANT DELTA AIR LINES, INC.
### NOTICE OF REMOVAL

The Defendant, DELTA AIR LINES, INC. (DELTA), by and through the undersigned attorneys, hereby files this Notice of Removal to this Court of the above-styled civil action from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida. As grounds for removal DELTA states the following:

1. DELTA is a Defendant in a civil action brought against it in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, styled *Barbara Miranda v. Delta Air Lines, Inc.,* Case Number 2016 CA 001502(AF). . A true and correct copy of all pleadings and discovery served upon DELTA is attached as Composite **Exhibit 1** in compliance with 28 U.S.C. § 1447(b).

2. This action involves allegations that DELTA negligently operated an aircraft so as to cause it to lurch forward while Plaintiff was using the bathroom, thereby causing her to "fall and suffer serious and life altering injury." *Complaint* ¶6..

3. DELTA was served with a Summons and Complaint on or about February 23, 2016. Therefore, this Notice of Removal is timely filed. *See* 28 U.S.C. § 1446(b).

CASE NO. 2014-CA-010830  DIV G

4. The aforementioned action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court by DELTA, pursuant to 28 U.S.C. §§ 1441 and 1446, in that:

   a. It is an action between citizens of different states; and

   b. It is an action in which the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

5. To be a "citizen" of a state within the meaning of the diversity provision, a natural person must be both a citizen of the United States and a domiciliary of a state. *Jones v. Law Firm of Hill & Ponton*, 141 F. Supp. 2d 1349, 1355 (M.D. Fla. 2001). In determining domicile, a court should consider both positive evidence and presumptions. *Id.* One such presumption is that the state in which a person resides at any given time is also that person's domicile. *Id.*

6. The Plaintiff, BARBARA MIRANDA, is a citizen of Florida for purposes of diversity jurisdiction.

7. Pursuant to 28 U.S.C. § 1332(c)(1), Defendant DELTA is, and was at the time of the commencement of this action, a citizen of the states of Delaware and Georgia because it is a corporation organized under the laws of the state of Delaware and has its principal place of business in the state of Georgia.

8. "(D)istrict courts must make reasonable deductions, reasonable inferences, or other reasonable extrapolations from the pleading to determine whether it is facially apparent that a case is removable." *Black*, 2010 WL 4340281 at *1 (internal citation omitted). *See also Williams*, 269 F.3d at 1319 (11th Cir. 2001) (allowing district courts to consider whether it is "facially apparent" from a complaint that the amount in controversy is met).

CASE NO. 2014-CA-010830 DIV G

9. The amount in controversy in this case in excess of $75,000.00, exclusive of costs and interest, as the Plaintiff claims she has suffered "serious and life altering injury", and that she has suffered pain therefrom, incurred medical expenses in the treatment of the injuries, suffered physical handicap, and that the injuries are either permanent or continuing in nature.

10. Venue in this Court is proper pursuant to 28 U.S.C. § 1441(a) because this action is being removed from the state court in which it was originally filed, the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, to the District Court of the United States for the district and division in which such action is pending, the Southern District of Florida.

11. By removing this action DELTA does not waive any defenses, objection, or motions available under state or federal law.  DELTA expressly reserves the right to move for dismissal of some or all of Plaintiff's claims pursuant to Rule 12 of the Federal Rules of Civil Procedure.

12. Pursuant to procedural requirements for removal set forth in 28 U.S.C. § 1446(d), DELTA has filed a Notice of Filing Notice of Removal with the Clerk of Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, and will provide written notice of this Notice of Removal to all parties by e-service.

WHEREFORE Defendant, DELTA, respectfully requests that the above action now pending in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, be removed therefrom to this Honorable Court because the citizenship of the parties is completely diverse and the amount in controversy exceeds $75,000.

CASE NO. 2014-CA-010830  DIV G

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 23, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day by e-mail tony@tonybennettlaw.com; eservice@tonybennettlaw.com, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Christopher J. Jahr*
Robert C. Bauroth, Esquire
Florida Bar No. 277940
rbauroth@wickersmith.com
Christopher J. Jahr, Esquire
Florida Bar No. 73066
cjahr@wickersmith.com
WICKER SMITH O'HARA MCCOY & FORD, P.A.
Attorneys for DELTA
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
P.O. Box 14460
Ft. Lauderdale, FL 33302
Phone: (954) 847-4800
Fax: (954) 760-9353