**Subject:** Notice of Service of Process - Transmittal Number: 14832526

# Corporation Service Company ®

### NOTICE OF SERVICE OF PROCESS

### Transmittal Number: 14832526
(Click the Transmittal Number to view your SOP)

*For more information on instant access to your SOP, click Sign Me Up.*

Pursuant to client instructions, we are forwarding this summary and Notice of Service of Process.

| | |
|---|---|
| **Entity:** | Delta Air Lines, Inc. |
| **Entity I.D. Number:** | 2078129 |
| **Entity Served:** | Delta Air Lines, Inc. |
| **Title of Action:** | Barbara Miranda vs. Delta Air Lines, Inc |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Palm Beach County Circuit Court, Florida |
| **Case/Reference No:** | 502016CA001502XXXXMB |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 02/23/2016 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Sender Information:**
Tony Bennett
561-972-7021

**Primary Contact:**
Kiia Adams
Delta Air Lines, Inc

To review other documents in this matter, please link to CSC's Matter Management Services at www.cscglobal.com

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

Please visit www.cscglobal.com for more information related to CSC's Litigation and Matter Management services, including MYSOP, online acknowledgement of SOP and to view a complete library of all SOP received on your behalf by CSC.

**CSC is SSAE 16 certified for its Litigation Management System.**

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882   |   sop@cscinfo.com

<complaint, barbara miranda.pdf>

\*\*\*\* CASE NUMBER: 502016CA001502XXXXMB Division: AF \*\*\*\*

Filing # 37732803 E-Filed 02/11/2016 09:41:08 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

BARBARA MIRANDA,

    Plaintiff(s),

vs.

DELTA AIR LINES, INC.,

    Defendant(s),
_____/

CASE NO.:

Date 2/23/16  Time 200A
ID # 101  Int. cmc

**SUMMONS**

**THE STATE OF FLORIDA:**
To All and Singular the Sheriffs of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint in this action on Defendant:

**DEFENDANT**    **DELTA AIR LINES, INC.**
c/o Corporation Service Company as RA
**1201 HAYS STREET**
**TALLAHASSEE, FL 32301**

Each Defendant is required to serve a written response to the Complaint or Petition on TONY BENNETT LAW, P.A., 601 Heritage Drive, Suite 423, Jupiter, FL 33458, Plaintiff's attorney, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original written response with the Clerk of the Circuit Court located at 205 North Dixie Highway, West Palm Beach, FL 33401 either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

If the party serving the summons has designated email addresses for service or is represented by an attorney, you may designate email addresses for service by or on you. Service must be in accordance with the Florida Rule of Judicial Administration 2.516.

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.



Dated  Feb 16 2016

_akieralss_ y Clerk
AKIERA LIGHTSEY-SYLVAIN

FILED: PALM BEACH COUNTY, SHARON R. BOCK, CLERK, 02/11/2016 09:41:08 PM

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 Dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lon protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vou souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA.

BARBARA MIRANDA,                       CASE NO.

    Plaintiff,

v.

DELTA AIR LINES, INC.

    Defendants.
_____/

## COMPLAINT

Plaintiff, BARBARA MIRANDA, sues the Defendant, DELTA AIR LINES INC., and alleges:

### COUNT I - NEGLIGENCE OF DEFENDANT, DELTA AIR LINES, INC.

1. This is an action for damages exceeding the minimum jurisdictional limits of this Court.

2. At all times material hereto, Plaintiff, BARBARA MIRANDA, was a resident of Palm Beach County, Florida, and is otherwise sui juris.

3. At all times material hereto, Defendant, DELTA AIR LINES, INC. was a corporation duly licensed to transact business in the State of Florida and transacted business in Palm Beach County, FL.

4. On November 18, 2015, the Defendant, DELTA AIR LINES, INC., was the owner/lessee of a commercial aircraft, Delta Flight DL2564, of which the Plaintiff was a passenger and lawful business invitee. Said flight traveled from Atlanta, GA to Palm Beach, FL.

5. Defendant, DELTA AIR LINES, INC., owed a duty to operate the aircraft in a reasonably safe and prudent manner and additionally, notify and warn passengers when it was safe to move about the aircraft at all times, for the safety of business invitees, such as the Plaintiff.

6. Defendant, DELTA AIR LINES, INC., negligently and prematurely disengaged the "fasten seat belt" sign prior to securing the aircraft after landing. While the Plaintiff was permissibly using the restroom aboard the aircraft, the aircraft lurched forward, causing Plaintiff to fall and suffer serious and life altering injury, thereby breaching the duty owed to Plaintiff to operate their aircraft in a reasonably safe and prudent manner.

7. As a result, Plaintiff was injured in and about her body and extremities, suffered pain therefrom, incurred medical expenses in the treatment of the injuries, and suffered physical handicap; the injuries are either permanent or continuing in nature, and Plaintiff will suffer the losses and impairment in the future.

WHEREFORE, Plaintiff, BARBARA MIRANDA, demands judgment for damages against Defendant, DELTA AIR LINES, INC., and further demands a trial by jury on all issues so triable as a matter of right.

Dated and signed this 11th day of February, 2016.

**Tony Bennett Law, P.A.**
*Attorney for Plaintiff*
601 Heritage Drive, Suite 423
Jupiter, FL 33458
561-972-7021 / 561-221-6133 (fax)
tony@tonybennettlaw.com
eservice@tonybennettlaw.com

By: /s/ *Tony Bennett*
    TONY BENNETT, ESQ.
    FBN: 40357

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA.

BARBARA MIRANDA,                                CASE NO.

    Plaintiff,

v.

DELTA AIR LINES, INC.

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SERVICE OF INTERROGATORIES TO DEFENDANT, DELTA AIR LINES, INC.

Plaintiff, BARBARA MIRANDA, by and through the undersigned counsel and pursuant to Fla. R. Civ. P. 1.340, gives Notice of Serving Interrogatories upon Defendant, DELTA AIR LINES, INC. You are required to answer the attached interrogatories, under oath and within forty five (45) days of service hereof.

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing Interrogatories has been attached to the summons and complaint to be served upon the Defendant, Delta Air Lines, Inc. contemporaneously with the Summons and Complaint herein.

DATED this 11th day of February 2016.

                                        **Tony Bennett Law, P.A.**
                                        *Attorney for Plaintiff*
                                        601 Heritage Drive, Suite 423
                                        Jupiter, FL 33458
                                        561-972-7021 / 561-221-6133 (fax)
                                        tony@tonybennettlaw.com
                                        eservice@tonybennettlaw.com

                                        By: ____*/s/ Tony Bennett*____
                                              TONY BENNETT, ESQ.
                                              FBN: 40357

81723-7/50759285

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

BARBARA MIRANDA,                          CIRCUIT CIVIL DIVISION

  Plaintiff,                              CASE NO. 2016 CA 001502(AF)

vs.

DELTA AIR LINES, INC.,

  Defendant.

_____/

### DEFENDANT'S ANSWER TO COMPLAINT

Comes now Defendant, DELTA AIR LINES, INC.. ("Delta") and answers the Complaint herein and states:

1. Admitted only this suit purports to be an action for damages in excess of the minimal jurisdictional limits of this Court.

2. Unknown and therefore denied.

3. Admitted.

4. Admitted only that on November 18, 2015, Delta was the operator of a commercial aircraft flight between Atlanta and Palm Beach International Airport designated Delta Flight 2564, on which Plaintiff was a passenger.

5. Admitted only that Delta owed those duties existing under common or statutory law and Federal Aviation Regulations governing Delta and commercial airline travel.

6. Denied.

7. Denied.

## GENERAL DENIAL

8. Delta denies all matters not specifically admitted herein, and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

9. Defendant states that the Plaintiff was guilty of negligence and the Plaintiff's negligence was the sole, proximate cause or contributing cause of the damages complained of and the recovery of Plaintiff, if any, should be barred or reduced proportionately pursuant to the doctrine of comparative negligence.

10. Defendant states that the Plaintiff has failed to mitigate damages and any recovery of Plaintiff should be reduced to the extent of such failure.

11. The Plaintiff's claims all relate to the rates, routes, and services of the Defendant and therefore, pursuant to 49 USCA, §1305 (a)(1), Plaintiff's claims are expressly preempted. As such, this Court lacks subject matter jurisdiction over the Plaintiff's claims.

12. Defendant specifically claims any credit or set-off to which the Defendant may be entitled for any and all payments paid or payable to the Plaintiff for any damages alleged in the Complaint from any collateral source whatsoever.

13. Plaintiff's cause of action is barred, in whole or in part, because Delta's conduct was in conformity with, and was pursuant to all applicable statutes, government regulations, and industry standards.

14. Plaintiff's claims are preempted by federal law, and Delta's compliance with relevant federal standards precludes a finding of liability against Delta pursuant to

the Federal Aviation Act of 1958, the Airline Deregulation Act of 1978, and federal regulations pursuant thereto.

15. The damages alleged in the Complaint are barred in whole or in part by the contractual and warranty provisions contained within Plaintiff's contract of carriage with Delta.

16. To the extent the Complaint seeks to impose duties on Delta that are above and beyond those duties imposed by the Federal law and Federal Aviation Regulations those causes of action are preempted by federal law and subject to dismissal.

## DEMAND FOR TRIAL BY JURY

Defendant demands a trial by jury of all issues so triable as of right by a jury.

WE HEREBY CERTIFY that a copy hereof has been electronically served via Florida ePortal to: Tony Bennett, Esq., tony@tonybennettlaw.com; eservice@tonybennettlaw.com; on this 23rd day of March, 2016.

/s/ Robert C. Bauroth
Robert C. Bauroth, Esquire
Florida Bar No. 277940
WICKER SMITH O'HARA MCCOY & FORD, P.A.
Attorneys for Defendant
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353
ftlcrtpleadings@wickersmith.com

IN THE CIRCUIT COURT
FOR THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

BARBARA MIRANDA,
  Plaintiff,

vs.

DELTA AIR LINES, INC.,
  Defendant.
_____/

CIRCUIT CIVIL DIVISION

CASE NO. 2016 CA 001502(AF)

## DEFENDANT DELTA AIR LINES, INC. NOTICE OF FILING REMOVAL TO FEDERAL COURT

The Defendant, DELTA AIR LINES, INC, hereby provides notice that a Notice of Removal in the above-styled cause of action has been filed with the Clerk of the United States District Court for the Southern District of Florida. Pursuant to 28 U.S.C. § 1332 and 1441(b), upon Notice of Removal, "the state court shall proceed no further unless and until the case is remanded."

WE HEREBY CERTIFY that a copy of has been electronically served via Florida ePortal to all counsel of record on this 23rd day of March, 2016.

*/s/ Christopher J. Jahr*
Christopher J. Jahr, Esquire
Florida Bar No. 73066
WICKER SMITH O'HARA MCCOY & FORD, P.A.
Attorneys for Delta Air Lines, Inc.
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33302
Phone: (954) 847-4800
Fax: (954) 760-9353
ftlcrtpleadings@wickersmith.com